

**Littler Mendelson P.C.**
900 Third Avenue
New York, NY  10022.3298

Adriana H. Foreman
212.471.4414 direct
212.583.9600 main
aforeman@littler.com

January 8, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Joseph Volfman v. 265 Lafayette Ristorante LLC, et al.*
        Case No.: 23-cv-09225-JLR

Dear Honorable Judge Rochon:

This firm represents Defendant 265 Lafayette Ristorante LLC d/b/a Sant Ambroeus Gelateria ("Defendant") in the above-referenced matter. We write pursuant to Rule 1F of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request an extension of Defendant's time to answer or otherwise move in response to co-defendant Lafayette St. Realty Associates LLC's crossclaim against Defendant from January 12, 2024, to January 26, 2024. The parties are discussing a potential resolution of the case. This is Defendant's first request for an extension of time to respond to the crossclaim, and counsel for Lafayette St. Realty Associates LLC consents to this request.

Respectfully submitted,

*/s/ Adriana H. Foreman*

Adriana H. Foreman

cc:   Counsel of Record (via ECF)

The request is GRANTED.  Defendant 265 Lafayette Ristorante LLC shall respond to the crossclaim by **January 26, 2024**.

Dated:  January 10, 2024
             New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**